

# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00122-CV

ENERGY TRANSFER LP (FORMERLY KNOWN AS ENERGY TRANSFER OPERATING, L.P.) AND ETC TEXAS PIPELINE, LTD., Appellants

V.

CULBERSON MIDSTREAM LLC; CULBERSON MIDSTREAM EQUITY, LLC; MOONTOWER RESOURCES GATHERING, LLC; MOONTOWER RESOURCES OPERATING, LLC; AND MOONTOWER RESOURCES WI, LLC, Appellees

Today the court heard the parties' joint motion to dismiss this appeal. Having considered the motion, we order the appeal **DISMISSED**.

We further order that no assessment of costs is made.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered February 6, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered Per Curiam.